GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 MAR 30 PM 4: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00596 TUC-JGZ(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Luis Fernando Cruz-Valenzuela,<br>   Counts (1, 2, 3, 4, 5, 6)<br><br>2. Carlos Abel Cruz,<br>   (Counts 7, 8)<br><br>Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Counts 1, 4<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in Connection with Acquisition of Firearms)<br>Counts 2, 3, 5, 6, 7, 8<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(C)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between or about February 3, 2022, and February 6, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Glock model 22 Gen 5 .40 caliber pistol and one Glock model 23 Gen 5 .40 caliber pistol, knowing the same to be intended for exportation

contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

### COUNT 2

On or about February 3, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA, in connection with the acquisition of a firearm, to wit: one Glock model 22 Gen 5 .40 caliber pistol, from SnG Tactical, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to SnG Tactical, which statement was intended and likely to deceive SnG Tactical as to a fact material to the lawfulness of such sale, in that Defendant LUIS FERNANDO CRUZ-VALENZUELA stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 3

On or about February 3, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA, in connection with the acquisition of a firearm, to wit: one Glock model 23 Gen 5 .40 caliber pistol, from Turner's Outdoorsman, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Turner's Outdoorsman, which statement was intended and likely to deceive Turner's Outdoorsman as to a fact material to the lawfulness of such sale, in that Defendant LUIS FERNANDO CRUZ-VALENZUELA stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 4

On or about March 1, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA knowingly and fraudulently attempted to export and

send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two Glock model 17 9mm caliber pistols, one Glock model 19 9mm caliber pistol, one Glock model 22 .40 caliber pistol, six 9mm caliber magazines, and two .40 caliber magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 5

On or about March 1, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA, in connection with the acquisition of a firearm, to wit: one Glock model 17 9mm caliber pistol, from Diamondback Shooting Sports, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended and likely to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale, in that Defendant LUIS FERNANDO CRUZ-VALENZUELA stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6

On or about March 1, 2022, in the District of Arizona, Defendant LUIS FERNANDO CRUZ-VALENZUELA, in connection with the acquisition of a firearm, to wit: one Glock model 19 9mm caliber pistol, from Sportsman's Warehouse #132, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended and likely to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale, in that Defendant LUIS FERNANDO CRUZ-

VALENZUELA stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

On or about March 1, 2022, in the District of Arizona, Defendant CARLOS ABEL CRUZ, in connection with the acquisition of a firearm, to wit: a Glock model 17 9mm caliber pistol, from Sportsman's Warehouse #132, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended and likely to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale, in that Defendant CARLOS ABEL CRUZ stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

On or about March 1, 2022, in the District of Arizona, Defendant CARLOS ABEL CRUZ, in connection with the acquisition of a firearm, to wit: a Glock model 22 .40 caliber pistol, from Diamondback Shooting Sports, a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended and likely to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale, in that Defendant CARLOS ABEL CRUZ stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Eight of the Indictment Defendants LUIS FERNANDO CRUZ-VALENZUELA and CARLOS ABEL CRUZ shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of

the offense, including, but not limited to: two Glock model 17 9mm caliber pistols bearing serial numbers BVFK607 and BWFB398, one Glock model 19 9mm caliber pistol bearing serial number BVHA607, one Glock model 22 .40 caliber pistol bearing serial number GGD990, one Glock model 22 Gen 5 .40 caliber pistol bearing serial number BVVD148, and one Glock model 23 Gen 5 .40 caliber pistol bearing serial number BVCZ355.

Upon conviction of Count Four of the Indictment, Defendants LUIS FERNANDO CRUZ-VALENZUELA and CARLOS ABEL CRUZ shall forfeit to the United States pursuant to Title 50, United States Code, Section 4819(d)(1)(C), any property constituting an item or technology that was exported or intended to be exported in violation of the offense, including, but not limited to: six 9mm caliber magazines and two .40 caliber magazines.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

///

All pursuant to Title 18, United States Code, Section 924(d), Title 50, United States Code, Section 4819(d)(1)(C), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
FOREPERSON OF THE GRAND JURY
Dated: March 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
_____
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney