GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
Arizona State Bar No. 024193
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Kevin.Schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 22-00596-TUC-JGZ (MAA) |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| vs. | |
| Carlos Abel Cruz-Torres, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits its sentencing memorandum in the above captioned matter, which is currently set for sentencing on October 31, 2023.

Having reviewed the findings and recommendations in the Presentence Investigation Report (PSR), the government has no objection to the probation department's calculations of the United States Sentencing Guidelines (USSG) and joins the probation department in recommending a sentence of nine months followed by a three-year term of supervised release.[1]

A couple things are clear in this case, some which weigh in favor of Cruz-Torres, some of which weigh to his detriment. Cruz-Torres was not the primary actor in this

---

[1] This recommendation includes the incorporation of two-level downward variance for zero point offenders which will (likely) take official effect the day after the sentencing in this matter, November 1, 2023.

conspiracy and was acting at the behest of a more culpable codefendant. His only real action was to take a relatively small amount of money to be the name on a form to buy an item. However, this must be weighed against what Cruz-Torres agreed to buy: nine different firearms obviously destined for malevolent use.

A point raised in the law enforcement interview of Cruz-Torres and in the defense's sentencing memorandum, is when Cruz-Torres realized the weapons he was purchasing were headed to Mexico. (PSR, ¶ 24, 25; Doc. 174, at 2: 1-10.) This, of course, is important given the tremendous violence in Mexico, but it is also important to remember that regardless if Cruz-Torres initially did or did not know the firearms were destined for Mexico, he would *have to know* the reason the guns were being acquired in the manner in which they were because they were destined for criminal activity. That criminal activity could be the acquisition of firearms by prohibited persons, or even worse, the actual criminal use of a firearm, e.g., murder, robbery, by person(s) wanting a buffer between themselves and the purchase of the weapon.

Given this, a sentence of incarceration is appropriate even though Cruz-Torres was at the bottom rung of this gun smuggling conspiracy. Cruz-Torres willingly—for money—helped facilitate potentially deadly violence. Whether that violence occurred in Mexico or on a street in Tucson was apparently none of Cruz-Torres 'concern as long as was paid.

Respectfully submitted this 25th day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin Schiff*

KEVIN D. SCHIFF
Assistant U.S. Attorney

Copy of the foregoing served electronically by ECF notice to:

ALL ECF PARTICIPANTS